**Order entered August 20, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00866-CV

### MICHAEL WIERSCHEM, M.D., Appellant

### V.

### WILLIAM BOURGEOIS AND CAROLYN BOURGEOIS, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02281-2018**

## ORDER

Before the Court is appellant's August 19, 2019 unopposed motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **September 3, 2019**.

/s/    KEN MOLBERG
        JUSTICE